**Marvin Leonard WELLS and Robin L. Wells, Appellant (Defendant),**

v.

**METROHEALTH, Methodist Hospital of Indiana, Inc., d/b/a MH Healthcare, MH Healthcare, an Affiliate of Methodist Hospital of Indiana, Inc., Myron K. Dill, M.D., and Timothy Greist, M.D., Appellees (Plaintiff).**

No. 49S05–9909–CV–502.

Supreme Court of Indiana.

Sept. 30, 1999.

Sharon R. Merriman, Symmes, Voyles, Zahn, Paul & Hogan, Stephen B. Caplin, Caplin, Pehler, Park & Tousley, Indianapolis, Indiana, Attorneys for Appellant.

David S. Allen, Sandra Boyd Williams, Lock Reynolds Boyd & Weisell, Indianapolis, IN, Attorneys for Appellee.

ON PETITION FOR TRANSFER

SELBY, J.

We grant transfer and remand this case to the trial court for reconsideration in light of *Martin v. Richey,* 711 N.E.2d 1273 (1999).

All Justices concur.